OPINION — AG — ** OUSTER — GOVERNOR AUTHORITY ** MEMORANDUM ON THE AUTHORITY OF THE GOVERNOR TO CAUSE REMOVAL ACTIONS TO BE BROUGHT AGAINST ELECTIVE OR APPOINTIVE PUBLIC OFFICERS. (OUSTER, IMPEACHMENT, OFFICERS, CRIMINAL ACTION, INVESTIGATION) CITE: 22 O.S. 1181 [22-1181] 22 O.S. 1194 [22-1194], 51 O.S. 94 [51-94] 74 O.S. 2 [74-2], ARTICLE VIII, SECTION 1 (NO AUTHOR)